# United States Court of Appeals
#### For The District of Columbia Circuit

_____

**No. 24-5203**　　　　　　　　　　　　　　　　　**September Term, 2025**

**1:23-cv-01675-TSC**

**Filed On:** September 10, 2025

Sergey Kolesnikov and Anastasia Kolesnikova,

　　　Appellants

　v.

Marco Rubio, Secretary of State and Meghan Gregonis, Consul General United States Consulate in Dubai,

　　　Appellees

　　**BEFORE:**　　Millett, Pillard, and Garcia, Circuit Judges

## O R D E R

　　Upon consideration of the motion to remand the case and the combined opposition thereto and motion to govern future proceedings, it is

　　**ORDERED** that this case remain in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings within 14 days after issuance of the mandate in <u>Pietersen v. Department of State</u>, No. 24-5092 (decided May 30, 2025).

**Per Curiam**

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　　　Selena R. Gancasz
　　　　　　　　　　　　　　　　　　　　Deputy Clerk